IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on December 11, 2019, is adjourned to Thursday, February 20, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by February 6, 2020, and the government shall file its sentencing submission by February 13, 2020.

SO ORDERED.

Dated: November 25, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

November 24, 2019

*Via ECF*

Hon. Richard J. Sullivan
United States Circuit Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19

Re: United States v. Ramal Curtis
18 Cr. 373 (RJS)

Dear Judge Sullivan:

Together with Joshua J. Horowitz, Esq., I represent defendant Ramal Curtis in the above-referenced matter. Mr. Curtis is presently scheduled to be sentenced by this Court on December 11, 2019. Because of recent developments, and the parties' upcoming trial schedules in various matters, we respectfully request a further adjournment, to the week of February 17, 2020. The government, through AUSA Elinor Tarlow, consents to this request.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind
Joshua J. Horowitz, Esq.

cc: All Counsel (by ECF)