UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAMAL CURTIS,

                 Defendant.

No. 18-cr-373-12 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Due to a conflict, the sentencing currently scheduled to be held on Thursday, February 20, 2020 at 3:00 p.m. is adjourned to Tuesday, February 25, 2020 at 10:00 a.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court apologizes for any inconvenience caused by this necessary change.

SO ORDERED.

Dated:      February 5, 2020
              New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation