UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAMAL CURTIS,

Defendant.

No. 18-cr-373-12 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the government shall file a letter by Thursday, April 16, 2020, setting forth its position on defendant's motion for bail pending sentencing (ECF No. 662).

SO ORDERED.

Dated: April 13, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation