UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAMAL CURTIS,

          Defendant.

No. 18-cr-373-12 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Defendant Ramal Curtis – dated May 10, 2021, but received in Chambers on May 19, 2021 – requesting that the Court appoint new counsel to represent him in this matter. IT IS HEREBY ORDERED THAT a conference to consider Defendant's motion for a change of counsel shall take place on Thursday, June 3, 2021 at 11:00 a.m. In light of the ongoing COVID-19 pandemic, the conference will take place via CourtCall videoconference. Defendant's current counsel, Richard Lind, shall review with Curtis the attached Consent to Proceed by Video or Teleconference form, which shall then be executed and submitted to the Court. The Court will then issue further instructions concerning the videoconference.

    In light of Defendant's motion, IT IS FURTHER ORDERED THAT the deadlines for sentencing submissions are adjourned without date.

SO ORDERED.

Dated:    May 21, 2021
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation