UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -v-

No. 18-cr-373-12 (RJS)
ORDER

RAMAL CURTIS,

                Defendant.

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered, a conference to consider Defendant's motion for a change of counsel will take place on Thursday, June 3, 2021 at 11:00 a.m. via CourtCall videoconference. (Doc. No. 815). The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

      Dial-in: 855-268-7844
      Access code: 32091812#
      PIN: 9921299#

SO ORDERED.
Dated:     May 26, 2021
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation