UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RAMAL CURTIS

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

**18-CR-373 (RJS)**

_____
Defendant(s).

-------------------------------------------------------------------X

Defendant _____*RAMAL CURTIS*_____ hereby voluntarily consents to
participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*RAMAL CURTIS*
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

*RICHARD B. LIND*
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___6/3/21___
Date

_____
U.S. Circuit Judge, Sitting by Designation