UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAMAL CURTIS,

               Defendant.

No. 18-cr-373-12 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Sean Hecker is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Defendant Ramal Curtis in this matter. Mr. Hecker shall promptly file a notice of appearance in Case No. 18-cr-373-12. IT IS FURTHER ORDERED THAT Mr. Hecker shall meet with Mr. Curtis and submit a letter by June 18, 2021 confirming that he has met with Curtis and setting forth a proposed schedule for sentencing. Mr. Lind, Curtis's former counsel, is directed to turn over his file to Mr. Hecker in a timely manner.

SO ORDERED.

Dated:    June 3, 2021
            New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation