# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

June 18, 2021

**BY ECF**

Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   <u>United States v. Burgess, et al.</u>, 18 Cr. 373 (RJS)

Dear Judge Sullivan:

Pursuant to this Court's June 4, 2021 Order (Dkt. 821), I write to confirm that I met with Ramal Curtis via videoconference on June 11, 2021 and to propose a schedule for sentencing.

Based on my conversation with Mr. Curtis and my initial review of the materials that I have received, I request this Court's permission to file a supplemental sentencing memorandum on Mr. Curtis's behalf. I request that the supplemental sentencing memorandum be due on August 16, 2021, the government's response be due on August 23, 2021, and sentencing be scheduled for some date shortly thereafter. The government has consented to this proposed schedule.

Thank you for your consideration.

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0889
Facsimile: (212) 564-0883
shecker@kaplanhecker.com

*Counsel for Defendant Ramal Curtis*

Defendant's motion is granted. IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Friday, August 27, 2021 at 10:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Defendant shall file his supplemental sentencing submission by August 16, 2021. The government may file a response to Defendant's submission by August 23, 2021.

SO ORDERED: _____
                   RICHARD J. SULLIVAN
                   U.S.C.J., Sitting by Designation
Dated: 6/18/2021

cc: *All Counsel via ECF*