UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAMAL CURTIS,<br><br>               Defendant. | No. 18-cr-373-12 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

       As the Court previously ordered (Doc. No. 829), Defendant's sentencing will take place on Friday, August 27, 2021 at 10:00 a.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 20C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     August 9, 2021
              New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation